622

for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.

450 A.2d 1054

Commonwealth v. White, Appellant.

Submitted April 16, 1980. David Metinko, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., BROSKY and MONTGOMERY, JJ.

The judgment of sentence of the lower court is affirmed.

450 A.2d 1054

Commonwealth v. White, Appellant.

Submitted March 17, 1981. John H. Corbett, Jr., Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., BROSKY and MONTEMURO, JJ.

The judgment of sentence of the lower court is affirmed.